No. 00–6784. MARSHALL v. PENNSYLVANIA BOARD OF PROBATION AND PAROLE ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 00–6787. MOORE v. IOWA BEEF PROCESSORS, INC. Sup. Ct. Kan. Certiorari denied.

No. 00–6789. RIEL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–6792. TOLLEY v. MOORE, SECRETARY, FLORIDA DE- PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6793. SOTOMAYOR v. MOORE, ACTING ADMINISTRATOR, EAST JERSEY STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 00–6794. MACKEY v. DUTTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6796. LAVENDER v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6803. SANTIAGO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 00–6807. PACE v. HICKS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–6809. TRAINER v. STILLS. Sup. Ct. Ga. Certiorari denied.

No. 00–6810. VAUGHN v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6811. WILLIAMS v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 00–6812. WELLMAN v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 00–6814. WARE v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6816. JONES v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.